1150

JANNIE NESMITH, as Parent and Natural Guardian of JANNIE PATTERSON, an Infant, et al., Appellants, v ALLSTATE INSURANCE COMPANY, Respondent.

Submitted March 24, 2014; decided March 27, 2014

Motion by the New York Insurance Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

HUYEN V. NGUYEN, Petitioner, v ERIC H. HOLDER, JR., United States Attorney General, Respondent.

Decided March 27, 2014

*See* 743 F3d 311.

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROMAN BARET, Respondent.

Submitted March 24, 2014; decided March 27, 2014

Motion by Lenni Benson et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge ABDUS-SALAAM taking no part.